

# Fourth Court of Appeals
## San Antonio, Texas

November 13, 2014

No. 04-14-00789-CV

**IN RE** Harry **GROVE**

Original Mandamus Proceeding

**ORDER**

Sitting:      Karen Angelini, Justice
                 Sandee Bryan Marion, Justice
                 Patricia O. Alvarez, Justice

Relator filed this petition for writ of mandamus on November 13, 2014. The parties have since filed a joint motion to dismiss the proceeding pursuant to the parties' agreement which fully resolved the underlying dispute.

The parties' joint motion to dismiss this proceeding is GRANTED. This original mandamus proceeding is DISMISSED. The court's opinion will issue at a later date.

It is so **ORDERED** on November 13th, 2014.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of November, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court